1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRENDA MARTINEZ, | ) | NO. CV 10-3311-JAK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARY LATTIMORE, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE